# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 388 MAL 2015

Petitioner    :

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.     :

AMY RUCK HORN,    :

Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.